OTTO C. HEINZE, Respondent, v. CHARLES W. SAACKE, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

A. S. ROSENTHAL COMPANY, Respondent, v. THE BRILLIANT SILK MFG. CO., INC., Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

JOHN P. MAHONEY and Another, Copartners, etc., Respondents, v. ISABEL VERNON COOK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

GROSVENOR NICHOLAS, Appellant, v. FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., of GEORGE S. NICHOLAS, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

JACOB COHEN, Respondent, v. NATHAN J. MILLER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HARRISON AMUSEMENT COMPANY, INC., Appellant, v. HARRY MACKLER, as President of Moving Picture Machine Operators' Protective Union, Local 306, an Unincorporated Association, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS DONNELLY, Respondent, v. THOMAS CAHILL, as President, and Another, as Secretary of Local Union No. 34 of New York, of the Bricklayers, Masons and Plasterers International Union of America, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with twenty-five dollars costs, upon the ground that defendants are an unincorporated association, and mandamus will not lie against such an association. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

FRANK HEWITT, Respondent, v. CANADIAN PACIFIC RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

DAVID MAYERSON, Respondent, v. MORRIS KANTER and Others, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Harbaugh* v. *Middlesex Securities Co.* (110 App. Div. 633). Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

MILDRED HARRIS GIBSON, Respondent, v. W. FRAZER GIBSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

BETTY WEISMAN, Respondent, v. HARRY WEISMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.